IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED RENTALS, INC., ET AL.,

    Plaintiffs,

VS.                              NO. 05-2296-MaV

TRENCH SAFETY AND SUPPLY, INC.,

    Defendant.

## ORDER OF DISMISSAL

The plaintiff has submitted a "Notice of Dismissal With Prejudice" in this matter indicating that this matter may be dismissed. It is therefore ORDERED that this case is DISMISSED with prejudice.

Entered this 2d day of September, 2005.

                      SAMUEL H. MAYS, JR.
                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02296 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT